81,252-02

Billy Lee Page
c/o W. P. Clements-#1214751
9601 Spur 591
Amarillo, Texas 79107-9606

21st September 2015

TO: Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 25 2015
Abel Acosta, Clerk

Regarding: Ex Parte BILLY LEE PAGE
WR-81,252-02 (Tr. Ct. No. 26545-A)/
Reporter's Record(s) omitted

Dear Hon. Concern Clerk;

This is a letter of inquiry and lawful request for FILE information, for proper remedy of an meaningful review/consideration of the above regarded matter. Order of records, at an lost.

Please, find merit within the transact from below Court Clerk's, misconduct in the Records.

Therefore, seeking an copy of enumerating list of Documents/History of Action(s), thereof said Writ of Habeas Corpus. Computer recorded or printed-out., is welcome and should shine an lawful light on said matter-of-facts.

As three (3), Habeas Corpus Hearing were conducted on the following Dates... October 10, 2014, March 13, 2015 and on June 12, 2015. The copies of the two (2) 'Findings of Facts and Conclusions of Law'... one showing a filed for record date of 31st March 2015, and other 23rd June 2015 and no other Record(s) Sent to Pro se?

Thank you for your audience and addressing this matter!

Sincerely,

Pro Se Applicant's